*Louis Kiefer*, in support of the petition.

*Emily J. Moskowitz*, in opposition.

Decided September 20, 2005

STATE OF CONNECTICUT *v.* JOSE A. RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 312 (AC 24569), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 20, 2005

JOHN VIVO III *v.* COMMISSIONER OF CORRECTION

The petitioner John Vivo III's petition for certification for appeal from the Appellate Court, 90 Conn. App. 167 (AC 24654), is denied.

*Richard W. Callahan*, special public defender, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided September 20, 2005

STATE OF CONNECTICUT *v.* STANFORD D. FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 676 (AC 24668), is denied.